459 CENTRAL AVENUE CORP., *ETC.*, PLAINTIFF - PETI-
TIONER, v. CITY OF EAST ORANGE, *ETC.*, DEFENDANT-
RESPONDENT.

*Messrs. Mainardi & Mainardi* for the petitioner.

*Mr. William L. Brach* and *Mr. Norman E. Scull* for the respondent.

March 26, 1968. Denied.

HELENE ZALEJKO, PLAINTIFF-RESPONDENT, v. RADIO
CORPORATION OF AMERICA, DEFENDANT-PETITIONER
AND RADIO COMMUNICATIONS ASSEMBLERS UNION,
INC., DEFENDANT-RESPONDENT.

See same case below: 98 *N. J. Super.* 76.

*Messrs. Gassert & Murphy* and *Messrs. Archer, Greiner,
Hunter & Read* for the petitioner.

*Messrs. Cranor & Brennan* for the respondent.

March 26, 1968. Denied.

THEODORE MIEHL, PLAINTIFF-RESPONDENT, v. JERRY
DARPINO, DEFENDANT, AND THE CITY OF HAMMON-
TON, DEFENDANT-PETITIONER.

See same case below: 99 *N. J. Super.* 1.

*Messrs. Miller, Brone, Valore & McAllister* for the petitioner.

*Messrs. Arkus & Cooper* for the respondent.

March 26, 1968. Granted.